302 U.S. 729
 58 S.Ct. 54
 82 L.Ed. 564
 FLORIDA TEX OIL COMPANY, a corporation, etc., et al., petitioners,
v.
Robert L. BALLENTINE, Individually, etc.
 No. 355.
 Supreme Court of the United States
 October 18, 1937
 
 Mr. W. K. Zewadski, for petitioners.
 
 
 1
 For opinion below, see Newfield v. Ryan, 91 F.(2d) 700.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.
 
 
 3
 Rehearing denied 302 U.S. 777, 58 S.Ct. 138, 82 L.Ed. ——; Second rehearing denied 302 U.S. 650, 58 S.Ct. 262, 82 L.Ed. ——.